FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL OR BANKING CAPACITY, BUT SOLELY AS TRUSTEE OF SRMOF REO 2011-1 TRUST,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA; MORDECHAI ORIAN; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV12-06560 BRO (RZx)<br><br>**JUDGMENT**<br><br>Property Address:<br>23458 W. Moon Shadows Drive,<br>Malibu, California  90265 |

　　　　Plaintiff U.S. Bank Trust National Association, not in its individual or banking capacity, but solely as Trustee of the SRMOF REO 2011-1 Trust ("SRMOF") and defendant United States of America (the "Government") (collectively, the "Parties") have stipulated to entry of Judgment for equitable subrogation in the terms hereinafter set forth, on the basis of the following.

　　　　A.　　SMROF is an assignee and beneficiary of the deed of trust recorded on June 28, 2007 in the Official Records of the County of Los Angeles as instrument

2010293.1 22936-800

JUDGMENT

1. number 20071550579 (the "Deed of Trust") in favor of predecessor-in-interest Option One Mortgage Corporation.

   B. The Deed of Trust encumbers real property commonly known as 23458 W. Moon Shadows Drive, Malibu, California 90265, is identified by assessor's parcel number 4453-030-013, and is legally described as:

   > Lot 13 of Tract No. 30203, County of Los Angeles, State
   > of California, as per map recorded in Book 867 Page(s)
   > 80 to 86 of Maps, in the Office of the County Recorder of
   > Said County

   > Except the interest in the oil and gas in and under said
   > land without, however, the right to surface entry,
   > excepted in the following deeds:

   > Deed from Edmund M. McCrag and Elizabeth Gordon
   > McCrag recorded May 26, 1965 as Instrument No. 1406
   > wich excepts one-eighth; deed from Peter Baley,
   > recorded March 25, 1971 as Instrument No. 3441 reciting
   > exception and reservation of one-eighth; quitclaim deed
   > from Arlene Le May (Thompson) reciting excepting and
   > reserving of one-eighth.

   C. In the present action, SMROF alleges that its lien should be equitably subrogated in the amount of $609,312.15 to a first-priority position senior to that of a tax lien held by the Government which is encumbering the Property recorded on June 6, 2007 in the Official Records of the Recorder of the County of Los Angeles as Instrument Number 20071370066.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

D.  In connection with a filed Stipulation For Entry of Judgment of this action as to claims between SMROF and the Government, the Parties have agreed that the Deed of Trust, in the amount of $609,312.15, should be senior to the Government's tax lien.

E.  This Judgment declares that the Deed of Trust, for which SMROF is the beneficiary, is in a first-priority position, in an amount up to $609,312.15, senior to the federal tax lien held by the Government, as described in paragraph C above.

F.  Nothing herein may be deemed to constitute or permit a judgment for monetary damages against the Government or any relief other than a judgment equitably subrogating the Deed of Trust into a first-priority position in the amount of $609,312.15.

G.  This Judgment is the result of a stipulation between the Parties.

H.  The Parties, do hereby consent to this Proposed Judgment in accordance with the terms, provisions and conditions set forth herein.

IT IS HEREBY ORDERED as follows:

As to the first cause of action for Equitable Subrogation within SMROF's Complaint, Judgment shall be entered in favor of SMROF and against the Government as follows:

1.  The Court hereby declares that plaintiff SMROF holds a first lien position on the Property in the amount of $609,312.15 by virtue of the Deed of Trust executed in favor of SMROF's predecessor-in-interest Option One Mortgage Corporation Deed of Trust, which deed of trust was recorded on June 28, 2007 as Instrument Number 20071550579 in the Official Records of the Recorder of the County of Los Angeles.

2.  As of June 18, 2012, plaintiff SMROF obtained an interest in the real property that is the subject of this action, commonly known as 23458 W. Moon

Shadows Drive, Malibu, California 90265, by assessor's parcel number 4453-030-013, and legally described as:

> Lot 13 of Tract No. 30203, County of Los Angeles, State of California, as per map recorded in Book 867 Page(s) 80 to 86 of Maps, in the Office of the County Recorder of Said County

> Except the interest in the oil and gas in and under said land without, however, the right to surface entry, excepted in the following deeds:

> Deed from Edmund M. McCrag and Elizabeth Gordon McCrag recorded May 26, 1965 as Instrument No. 1406 wich excepts one-eighth; deed from Peter Baley, recorded March 25, 1971 as Instrument No. 3441 reciting exception and reservation of one-eighth; quitclaim deed from Arlene Le May (Thompson) reciting excepting and reserving of one-eighth.

The Deed of Trust recorded by SMROF's predecessor-in-interest, Option One Mortgage Corporation, which deed of trust was recorded on June 28, 2007 as Instrument Number 20071550579 in the Official Records of the Recorder of the County of Los Angeles is a first-lien priority security interest in the Property and senior to the Notice of Federal Tax Lien recorded on June 6, 2007 in the Official Records of the Recorder of the County of Los Angeles as Instrument Number 20071370066.

3. This Judgment may be recorded in the chain of title to the Property in the Official Records of the Recorder of the County of Los Angeles.

    4.    This Court shall retain jurisdiction over this action including actions for enforcement of the parties' Stipulation For Entry of Judgment; and

    5.    Each party shall bear its own costs, attorneys' fees and other expenses incurred in this action.

Dated: October 21, 2013

BY THE COURT:

*[signature]*

Judge, United States District Court

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2010293.1 22936-800

5

JUDGMENT